E-Filed: 9/26/16
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Carla Carr*, | CASE NO. CV 16-00506-GHK (PLAx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *Los Angeles County Department of the Auditor-Controller, et al.*, | |
| Defendants. | |

Pursuant to the Court's September 26, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: September 26, 2016

_____
GEORGE H. KING
United States District Judge